**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

 VS             CASE NO.  3:93cr03040/RV

JORGE ALBERTO ALVAREZ

### REFERRAL AND ORDER

Referred to Senior Judge Roger Vinson on   February 22, 2006
Motion/Pleadings:   MOTION to Dismiss Indictment
Filed by   United States   on 2/21/2006   Doc.#   4
RESPONSES:

         on    Doc.#
         on    Doc.#

_____ Stipulated _____ Joint Pldg.
_____ Unopposed _____ Consented

           WILLIAM M. McCOOL, CLERK OF COURT

             s/Jerry Marbut
LC (1 OR 2)        Deputy Clerk: Jerry Marbut

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this* 22nd *day of* February *, 2006, that:*
*(a)* The requested relief is GRANTED.  The indictment is DISMISSED.
*(b)* _____

          /s/ *Roger Vinson*
          ***ROGER VINSON***
        *Senior United States District Judge*